IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02520-LTB-MEH

MARIA VASQUEZ DE PAYAN,

        Plaintiff,

v.

WEND-ROCKIES, INC.,
    formerly known as Wendy's of Brighton, Inc., a Colorado Corporation, and
WILLIAM E. TEATER,

        Defendants.

___

ORDER
___

On May 21, 2008, I dismissed Plaintiff's discrimination and retaliation claim in violation of Title VII (Fourth Claim for Relief) and her age discrimination and retaliation claim in violation of the ADEA (Fifth Claim for Relief) for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In addition, I dismissed without prejudice Plaintiff's remaining state law claims for wrongful termination; intentional infliction of emotional distress; outrageous conduct; and discrimination and retaliation in violation of the Colorado Anti-Discrimination Statute, pursuant to C.R.S. § 24-34-402 (Doc 16). Thereafter, on May 22, 2008, Plaintiff's First Amended Complaint was dismissed and Judgment entered in favor of Defendants (Doc 17).

As a result, I DENY AS MOOT Plaintiff's Motion to Remand Matter to the State District Court (Doc 20) filed September 10, 2008.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED: September 15, 2008